UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

**ORIGINAL**

Filed at 8:57 P M
DATE 3/20/09
Pamela N Sweeden
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

J.C. TODDIE,

     Plaintiff,

-vs-                          CASE NO. 4:08-CV-02 (CDL)

GMAC MORTGAGE, LLC,

     Defendant.

---

## JURY VERDICT FORM

1.    We the jury find in favor of Defendant and against Plaintiff on all of Plaintiff's claims.

    Answer Yes or No   _NO_

    **If you answered "YES" to question 1, then you do not need to answer any of the following questions, and the foreperson should sign and date this jury verdict form. If you answered "NO" to question 1, go on to the next question.**

2.    We the jury find in favor of Plaintiff on Plaintiff's Wrongful Foreclosure Claim.

    Answer Yes or No   _YES_

    **Go to question 3.**

3.  We the jury find in favor of Plaintiff on Plaintiff's Breach of Contract claim.

    Answer Yes or No _YES_

    **If you answered "YES" to 2 and/or 3, go to question 4.**

4.  We award damages to Plaintiff in the following amounts:

    Emotional Distress Damages: $ _500,000.00_

    Other Compensatory or Actual Damages: $ _70,000.00_

    **If you answered "YES" to question 2 and awarded damages to Plaintiff in response to question 4, go on to the next question. If you answered "NO" to question 2 or did not award damages to Plaintiff in response to question 4, you do not need to answer the following question, and the foreperson should sign and date this jury verdict form.**

5.  We the jury find that punitive damages should be awarded to Plaintiff.

    Answer Yes or No _YES_

SO SAY WE ALL.

_____
Foreperson

DATED: _20 March 2009_

2